# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10058

_____

PATRICK NATHANIEL REED,

                                                Plaintiff-Appellant,

*versus*

BRANDEL EUGENE CHAMBLEE,
TGC, LLC,
d.b.a. Golf Channel,
DAMON HACK,
BENJAMIN SHANE BACON,
EAMON LYNCH, et al.,

                                                Defendants-Appellees,

GOLFWEEK,

2       Order of the Court       24-10058

Defendant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cv-01059-TJC-PDB

_____

ORDER:

The motion to withdraw as legal counsel filed by Melissa Lea Isaak for Plaintiff-Appellant Patrick Reed is GRANTED.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE