# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10058

_____

PATRICK NATHANIEL REED,

                                                          Plaintiff-Appellant,

*versus*

BRANDEL EUGENE CHAMBLEE,
TGC, LLC,
d.b.a. Golf Channel,
DAMON HACK,
BENJAMIN SHANE BACON,
EAMON LYNCH, et al.,

                                                          Defendants-Appellees,

GOLFWEEK,

Defendant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cv-01059-TJC-PDB

_____

Before ROSENBAUM, LUCK, and ABUDU, Circuit Judges.

BY THE COURT:

Plaintiff-Appellant's motion to stay the order that awards attorney's fees and costs to Defendants-Appellees is DENIED. We will not entertain a motion to stay an order that we declared on February 27, 2024, we lack jurisdiction to review. *See* 28 U.S.C. § 1291.