# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10058

_____

PATRICK NATHANIEL REED,

                                                                                                      Plaintiff-Appellant,

*versus*

BRANDEL EUGENE CHAMBLEE,
TGC, LLC,
d.b.a. Golf Channel,
DAMON HACK,
BENJAMIN SHANE BACON,
EAMON LYNCH, et al.,

                                                                                                      Defendants-Appellees,

GOLFWEEK,

2      Order of the Court      24-10058

Defendant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cv-01059-TJC-PDB

_____

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

Before LUCK, LAGOA, and ABUDU, Circuit Judges.

PER CURIAM:

  The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 40. The Petition for Panel Rehearing also is DENIED. FRAP 40.